UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BURL WASHINGTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:11 CV 183 CDP |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for an extension of time to file a motion for reconsideration and a certificate of appealability. Petitioner apparently intends to ask me to reconsider my March 11, 2014 denial of his § 2255 motion. I will therefore construe petitioner's motion liberally as one for additional time to file a motion to alter or amend the Judgment under Fed. R. Civ. P. 59(e). Petitioner's motion for an extension of time must be denied because Rule 6(b)(2) of the Federal Rules of Civil Procedure provides that "[a] court must not extend the time to act under . . . Rule 59(e)." I have already denied petitioner a certificate of appealability, so the motion for an extension of time to ask me for one is denied as moot. Finally, petitioner requests appointment of counsel due to blindness. Because I have denied a certificate of appealability, I do not believe that appointment of counsel is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time [#37-1, #37-2] is denied in part and denied as moot in part as set out above.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel [#37-3] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2014.